**Dated: May 01, 2018**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No.: 17-12183 |
| | Chapter 11 |
| **GILES NATHAN REPLOGLE** | |
| **BETTY CARROLL REPLOGLE** | |
| Debtors. | |

### AGREED ORDER OF ADEQUATE PROTECTION

Comes now, **FirstBank** and the above-styled Debtors by and through their respective counsels and would enter into this Agreed Order of Adequate Protection in the above-styled case on the accounts between the parties. The above styled debtors filed a chapter 11 bankruptcy petition with the U.S. Bankruptcy Court for the Western District of TN Jackson Division on October 2, 2017. FirstBank is a secured creditor of the debtors holding two accounts which are secured by properly perfected deeds of trust in the debtors' residence located at 400 Deer Haven Lane, Henry, TN 38231. Since the filing of the chapter 11 petition no payments have been made on the accounts which are secured by the residence. It is the desire of the debtors to retain the residence and continue making payments on the accounts to FirstBank.

The parties are in agreement that the debtors shall make a lump sum adequate protection payment in the approximate amount of $9,461.80 to cover the interest which has accrued since the beginning of the bankruptcy case. In addition to this lump sum payment, the debtors shall make a payment of $2,500 per month beginning March 2018 and on the first day of each succeeding month until a chapter 11 plan is confirmed, the case is dismissed or converted, or the loan between the parties matures.

**IT IS SO ORDERED.**

*This order was signed and entered electronically as indicated at the top of the first page*

**SUBMITTED FOR ENTRY:**

*/s/ Griffin S. Dunham*
**Griffin S. Dunham**
Dunham Hildebrand, PLLC
1704 Charlotte Avenue, Suite 105
Nashville, TN 37203
Ph: (615) 933-5850
griffin@dhnashville.com
**Attorney for Debtor**


*/s/ David G. Mangum*
**David G. Mangum, #013322**
2303 8th Avenue South
Nashville, TN 37204
Ph: (615) 255-8690
Fax: (615) 255-2766
notice@davidmangum.com
**Attorney for Creditor**


**Copies To Be Served On:**

Debtor(s) Attorney:      Griffin S. Dunham      griffin@dhnashville.com
Creditors Attorney:      David G. Mangum        notice@davidmangum.com


*DGM File# 74766*