# EXHIBIT 2

| | |
|---|---|
| **From:** | griffin@dhnashville.com |
| **Sent:** | Tuesday, October 02, 2018 3:49 PM |
| **To:** | Abelow, Mike |
| **Subject:** | Motion/Order |
| **Attachments:** | Submitted Final Sale Order.pdf; Final Motion to Sell.pdf |

Mike, take a look at paragraph 7 of the motion and paragraph 2 of the order (both attached). Let me know your thoughts on that when you get a second…as I mentioned Rip will be taking the position that unless it's listed, it's excluded (except for the "Affiliated Debtors" – in which case all personalty was sold).

Griffin



**Griffin S. Dunham** / Member
griffin@dhnashville.com / 615.933.5850

**Dunham Hildebrand, PLLC**
http://www.dhnashville.com

