**Dated: December 19, 2018**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
_____

IN RE:

GILES NATHAN REPLOGLE AND
BETTY CARROLL REPLOGLE,
   Debtors                                                    Case No. 17-12183-jlc

                                                                Chapter 11
                                                                Judge James L. Croom

_____

**CONSENT ORDER LIFTING THE AUTOMATIC STAY**
_____

      This matter came before the Court on Thursday, December 6, 2018 at 9:30 a.m. upon the Motion to Lift the Automatic Stay filed by Tennessee Business and Industrial Development Corporation, a Tennessee Corporation ("Movant"), by and through its counsel seeking to lift the § 362 Automatic Stay as to the Debtor and approximately 187 acres of improved and unimproved real estate located in Henry County, Tennessee and as more particularly described in that "Deed of Trust, Fixture Filing, Assignment of Rents and Leases, Security Agreement and Financing Statement dated April 15, 2010 and of record in Record Book 305 Page 164 in the Register's Office for Henry County, Tennessee; (the "Trust Deed Collateral "); and it appearing to the Court based upon the statements of counsel of for the Movant and Debtors that the parties

have reached an agreement and desire for the Automatic Stay to be lifted as to the Debtors, the Trust Deed Collateral and the proceeds thereof.

WHEREFORE:

1. The provisions of 11 USC § 362 of the United States Bankruptcy Code are hereby lifted as to the Debtors, the Trust Deed Collateral and the proceeds thereof in order to permit the Movant to sell and liquidate the Trust Deed Collateral pursuant to its contractual and state law remedies including foreclosure and auction to sale and to further permit the collection of any proceeds derived from the Trust Deed Collateral.

2. The Debtor's Objection to the Motion to Lift the Automatic Stay is hereby withdrawn.

3. The Limited Objection to Motion to Lift the Automatic Stay (Document #68) filed by FHL Industries, LLC is moot pursuant to prior Order Granting Motion to Alter, Amend and/or Clarify Order Granting Motion To Sell Assets Pursuant to 11 U.S.C. § 363 Free and Clear of Liens, Claims and Encumbrances (Document #116) entered on October 2, 2018.

IT IS SO ORDERED.

APPROVED FOR ENTRY:

SPRAGINS, BARNETT & COBB, PLC

*/s/Jerry P. Spore*
Jerry P. Spore    TN BPR #15033
Attorneys for Movant
312 E Lafayette
Jackson, TN 38301
(731) 424-0461
jpspore@spraginslaw.com

DUNHAM HILDEBRAND, PLLC

*/s/Griffin S. Dunham*
Griffin S. Dunham
Attorney for the Debtors
1704 Charlotte Avenue
Suite 105
Nashville, TN 37203
(615) 933-5850
griffin@dhnashville.com

SHERRARD ROE VOIGT & HARBISON, PLC

*/s/Michael G. Abelow*
Michael G. Abelow (No. 26710)
Attorney for FHL Industries, LLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
615-742-4200
mabelow@srvhlaw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that on the **17th day of December, 2018**, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which will send notice to attorneys of record registered with the CM/ECF system, and served on the following persons by electronic means and/or U.S. Mail, postage prepaid, as follows:

| | |
|---|---|
| Monica M. Simmons-Jones<br>Assistant United States Attorney<br>167 North Main Street, Suite 800<br>Memphis, TN 38103 | Michael G. Abelow (No. 26710)<br>SHERRARD ROE VOIGT & HARBISON, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville, Tennessee 37201 |
| Griffin S Dunham<br>Dunham Hildebrand, PLLC<br>1704 Charlotte Avenue<br>Suite 105<br>Nashville, TN 37203 | Giles Nathan Replogle<br>400 Deer Haven Lane<br>Henry, TN 38231 |
| Betty Carroll Replogle<br>400 Deer Haven Lane<br>Henry, TN 38231 | |

/s/Jerry P. Spore
JERRY P. SPORE