**Dated: January 15, 2019**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## Western District of Tennessee

In re:
**Giles Nathan Replogle**
**Betty Carroll Replogle**
Debtor(s)

Case No.: 17–12183

Chapter No.: 11

## ORDER CLOSING CASE

It appearing to the Court that this case was heretofore dismissed and should now be closed; now therefore, the Bankruptcy Court Clerk is authorized to administratively close this case.

poco014.jsp